# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SALVADOR ALBERTO CARBAJAL-ORTIZ,<br><br>                Defendant. | CASE NO. 12CR1630-AJB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of: 21:952 and 960- Importation of Marijuana.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/10/12

                                          RUBEN B. BROOKS
                                          UNITED STATES DISTRICT JUDGE

                                        ENTERED ON _____